United States District Court
Southern District of Texas
**ENTERED**
October 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| CLENTON HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CRIMINAL NO. H-21-947 |
| | § | |
| WASHBOYS FULL SERVICE | § | |
| CARWASH LLC and HANI SAID, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On October 27, 2021, Plaintiff, Clenton Henry, and Defendants, Washboys Full Service Carwash, LLC and Hani Said, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 14) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this Court accepts the stipulation and this action is hereby DISMISSED with prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 27th day of October, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE